# WEISS & LURIE

March 8, 2010

The Fred French Building
551 Fifth Avenue
New York, New York 10176
TEL. (212) 682-3025
FAX (212) 682-3010

New York . Los Angeles

**VIA FedEx**

The Honorable Leonard Wexler
United States District Judge
Eastern District of New York
Long Island Federal Courthouse
944 Federal Plaza
Central Islip, NY 11722

      Re:    Goodman v. Genworth Financial Wealth Management, et al.
               Case No. 09-cv-5603 (LDW) (ARL)

Dear Judge Wexler:

     Enclosed are courtesy copies of the following documents which have been filed electronically:

1. Notice of Motion and Motion of the Genworth Lead Plaintiff Group for Appointment as Lead Plaintiff and Approval of their Selection of Lead Counsel;

2. Memorandum of Law in Support of Motion of the Genworth Lead Plaintiff Group for Appointment as Lead Plaintiff and Approval of the Genworth Lead Plaintiff Group's Selection of Lead Counsel;

3. Declaration of James E. Tullman in Support of Motion of the Genworth Lead Plaintiff Group for Appointment as Lead Plaintiff and Approval of their Selection of Lead Counsel; and

4. [Proposed] Order is attached.

                                  Respectfully submitted,

                                  /s/ James E. Tullman

                                  James E. Tullman

JET/man
Enclosures