# WEISS & LURIE

The Fred French Building
551 Fifth Avenue
New York, New York 10176
TEL (212) 682-3025
FAX (212) 682-3010

New York . Los Angeles

May 7, 2010

Peter Ausili, Esq.
Clerk for the
Honorable Leonard D. Wexler
Long Island Federal Courthouse
944 Federal Plaza
Central Islip, New York 11722

Re: <u>Goodman, et al. v. Genworth Financial Wealth Management, Inc., et al.</u>
Case No. 09-cv-5603

Dear Mr. Ausili:

In accordance with the schedule set forth by Judge Wexler at yesterday's conference, we submit the following deadlines. As you will see, a couple of the dates have been modified to account for the fact that the initial date for Plaintiffs' Opposition Brief fell on a Saturday:

May 24th – Plaintiffs' deadline to file the Amended Complaint
June 24th – Defendants' deadline to file their Motion to Dismiss or Answer
July 26th – Plaintiffs' deadline to file their Opposition Brief (if necessary)
(July 24th falls on a Saturday)
August 6th – Defendants' deadline to file their Reply Brief (if necessary)

Please contact me at (212) 682-3025 if you have any questions regarding the above.

Very truly yours,

James E. Tullman

JET/man

cc: All Counsel