UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL J. GOODMAN and LINDA BROWN, individually and on behalf of all others similarly situated,<br><br>                         Plaintiffs,<br>v.<br><br>GENWORTH FINANCIAL WEALTH MANAGEMENT, INC., GENWORTH FINANCIAL, INC. and GURINDER S. AHLUWALIA,<br><br>                         Defendants. | Civ. No. 09-5603(LDW)(ARL)<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that upon the annexed Memorandum of Law, the accompanying Declaration of Reid Ashinoff dated June 24, 2010 and the exhibits annexed thereto and the accompanying Declaration of Jeffrey Joseph dated June 24, 2010 and the exhibits annexed thereto, the undersigned will move this Court for an Order dismissing the Complaint pursuant to Federal Rule of Civil Procedure ("FRCP") 12(b)(6), FRCP 9(b), the Private Securities Litigation Reform Act and the Securities Litigation Uniform Standards Act.

Dated: June 24, 2010

                                        Respectfully submitted,

                                        SONNENSCHEIN NATH & ROSENTHAL LLP

                                        By: _____
                                            Reid L. Ashinoff
                                            Sandra D. Hauser
                                            Brendan E. Zahner

                                        1221 Avenue of the Americas
                                        New York, New York 10020-1089
                                        Tel: (212) 768-6700
                                        Fax: (212) 768-6800
                                        rashinoff@sonnenschein.com
                                        shauser@sonnenschein.com
                                        bzahner@sonnenschein.com

                                        *Counsel for Defendants*